

SCANNED at LSP and Emailed
2-6-24 by VB . 3 pages

To: Clerk Of Court

U.S. District Court

500 Poydras St.

New Orleans, La. 70130

From: Eric Bolton #332943

Main Prison, Ash #4

La. State Prison

Angola, La. 70712

Civil Action No. 2:23-CV-7339 M (5)

Eric Leroy Bolton

     v.

Warren Montgomery, District Attorney for the Parish of St. Tammany

701 N. Columbia St.

Covington, La. 70433

Re: Proof of Service

    Dear Clerk,

      Attached please find a copy of my Certificate Of Service as proof of service of the above matter on the defendants. Please file same into the record as verification that the defendants have been served.

    Respectfully,

Eric Bolton

Eric Bolton

CERTIFICATE OF SERVICE

Civil Action No. 2:23-CV-7339  M  (5)

I, Eric Bolton, *pro se* Petitioner, do hereby attest and affirm that the information contained herein is true to the best of my knowledge and belief. Further, I verify that all allegations in the foregoing are those of Eric Bolton.

Additionally, I hereby certify that a copy of the foregoing has this date been sent via U.S. Mail, postage prepaid and properly addressed to:

Warren Montgomery, District Attorney for the Parish of St. Tammany
701 N. Columbia St.
Covington, La. 70433

Done and signed this 5-th day of Feburary, 2024, at Angola, Louisiana.

Eric Bolton #332943
Main, Prison, Ash #4
La. State Prison
Angola, La. 70712

**eFile-ProSe**

| | |
|---|---|
| **From:** | Angola E-Filing <EML-FED-ANG-Printers@LA.GOV> |
| **Sent:** | Tuesday, February 6, 2024 3:03 PM |
| **To:** | eFile-ProSe |
| **Subject:** | Angola E-Filing |
| **Attachments:** | DOC #332943150242.pdf |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.