# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**ERIC LEROY BOLTON**                 **CIVIL ACTION**

**VERSUS**                 **NUMBER: 23-7339**

**WARREN MONTGOMERY**                 **SECTION: "M" (5)**

## ORDER

Before the Court is a Motion for Entry of Default. (Rec. doc. 8).

**IT IS ORDERED** that the motion is **DENIED** for the reasons outlined in this Court's Order dated March 5, 2024. (Rec. doc. 7).

New Orleans, Louisiana, this 12th day of March, 2024.

_____
**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**