U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED Mar 14 2024

CAROL L. MICHEL
CLERK

SMS     Angola

SCANNED at LSP and Emailed
3-14-24 by JB, 3 pages

RECEIVED
MAR 14 2024
Legal Programs Department

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF LOUISIANA

March 14, 2024

To: Clerk of Court
U.S. District Court
500 Poydras St.
New Orleans, La. 70130

From: Eric Bolton #332943
La. State Prison
Main Prison/ Ash #4
Angola, La. 70712

Re: Civil Action No: 2:23 CV-7339   (M) 5

Eric Bolton
*Plaintiff*
v.
Warren Montgomery, District Attorney For St. Tammany Parish
*Defendant*

## PROOF OF SERVICE

Dear Clerk,

On March 4, 2024, this Honorable Court allowed Plaintiff 30 days to properly serve the defendant with a copy of the Complaint and Summons in this matter.

On March 11, 2024, the defendant was properly served a copy of the Complaint and Summons in this matter.

Attached please find Plaintiff Proof Of Service in the form of an affidavit (EXHIBIT A), executed by a non-party of whom personally delivered same to the defendant.

Please file same into the record that the defendant has been served.

Respectfully,

*Eric Bolton*
Eric Bolton

## CERTIFICATE OF SERVICE

I, Eric Bolton, do hereby attest and affirm that the information contained herein is true and correct to the best of my knowledge and belief. Further, I verify that all allegations in the foregoing are those of Eric Bolton.

Additionally, I hereby certify that a copy of the foregoing has this date been placed in the Angola Prison Classification Officer's hand to be mailed with postage affixed to:

Warren Montgomery, District Attorney For The Parish Of St. Tammany Parish
701 N. Columbia St.
Covington, La. 70433

This 14th. Day of March, 2024, at Angola, La.

*Eric Bolton*
Eric Bolton

## eFile-ProSe

**From:** Angola E-Filing <EML-FED-ANG-Printers@LA.GOV>
**Sent:** Thursday, March 14, 2024 3:51 PM
**To:** eFile-ProSe
**Subject:** Angola E-Filing
**Attachments:** DOC #332943155017.pdf

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.