State Of Louisiana
Parish Of Lafayette

Re: Eric Bolton
v.
Warren Montgomery, District Attorney Of St. Tammany Parish

No. 2:23-CV-07339

## AFFIDAVIT OF TRUTH

I, Latausha Levy, (D.O.B. _____ /1973), being of sound mind and body do hereby attest under penalty of perjury that the following is true:

(1). I am a person of full age, being over the age of eighteen years of age.

(2). I am not the plaintiff or defendant in this matter, and therefore considered a non-party.

(3). On March 11, 2024, I personally delivered and left the Complaint and Summons in this matter at the office of:
Warren Montgomery, District Attorney Of St. Tammany Parish
701 N. Columbia St.
Covington, La. 70433

(4). I have not been paid, coerced, threaten, beaten, or promised anything of value to executed this Affidavit Of Truth.

(5). I attest that the facts contained herein are true, accurate, and of my own volition.

Done and signed this 11th. Day of March, 2024.

*Latausha Levy*
Latausha Levy

EXHIBIT A