RECEIVED
APR 29 2024
Legal Programs Department

SCANNED at LSP and Emailed
4-29-24 by VB — 3 pages
date   initials   No.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

To: Clerk of Court
U.S. District Court
500 Poydras St.
New Orleans, La. 70130

April 29, 2024



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  Apr 29 2024

CAROL L. MICHEL
CLERK

BWN    Angola

From: Eric Bolton #332943
Main Prison/ Ash #4
La. State Prison
Angola, La. 70712

Re: Civil Action No. 2:23 CV-7339    (M) 5

Eric Bolton
*Plaintiff*
v.
Colin Sims, District Attorney For St. Tammany Parish
*Defendant*

## PROOF OF SERVICE

Dear Clerk,

Attached please find Plaintiff's Proof Of Service in the form of an affidavit (EXHIBIT A), executed by a non-party verifying that the defendant was personally served a copy of the Complaint and Summons in this matter.
Please file same into the record that the defendant has been properly served.

Respectfully,

*Eric Bolton*
Eric Bolton

## CERTIFICATE OF SERVICE

I, Eric Bolton, do hereby attest and affirm that the information contained herein is true and correct to the best of my knowledge and belief.

Additionally, I hereby certify that a copy of the foregoing has this date been placed in the Angola Prison Classification Officer's hand to be mailed with postage affixed to:

Colin Sims, District Attorney For St. Tammany Parish
701 N. Columbia St.
Covington, La. 70433

This 29th. day of April 2024, at Angola, La.

*Eric Bolton*
Eric Bolton

State of Louisiana

Parish of Lafayette

Re: Eric Bolton

Vs

Colin Sims, District Attorney of St. Tammany Parish

No. 2:23-CV-07339

## AFFIDAVIT OF TRUTH

I, Latausha Levy (D.O.B. 6/28/1973), being of sound mind and body do hereby attest under penalty of perjury that the following is true:

(1) I am a person of full age, being over the age of eighteen years of age.

(2) I am not the plaintiff or defendant in this matter, and therefore considered a non-party.

(3) On April 23 2024, I personally delivered and left the Complaint and Summons in this matter at the office of
Colin Sims, District Attorney of St. Tammany Parish
701 N. Columbia St.
Covington, LA. 70433

(4) I have not been paid, coerced, threaten, beaten, or promised anything of value to execute this Affidavit of Truth.

(5) I attest that the facts contained herein are true, accurate, and of my own volition.

Done and signed this 23 Day of April, 2024

*Latausha Levy* (signature)
Latausha Levy

Exhibit A

**eFile-ProSe**

| | |
|---|---|
| **From:** | Angola E-Filing <EML-FED-ANG-Printers@LA.GOV> |
| **Sent:** | Monday, April 29, 2024 2:55 PM |
| **To:** | eFile-ProSe |
| **Subject:** | Angola E-Filing |
| **Attachments:** | DOC #332943145421.pdf |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.