## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**ERIC LEROY BOLTON**                                      **CIVIL ACTION**

**VERSUS**                                                        **NUMBER: 23-7339**

**WARREN MONTGOMERY**                              **SECTION: "M" (5)**

<u>**ORDER**</u>

Before the Court is a Motion for Entry of Default.  (Rec. doc. 16).  Because Plaintiff is an inmate, his civil action is subject to the Prison Litigation Reform Act of 1995 ("PLRA"). "[U]nlike in the typical civil case, *defendants do not have to respond to a complaint covered by the PLRA until required to do so by the court*, and waiving the right to reply does not constitute an admission of the allegations in the complaint."  *Jones v. Bock*, 549 U.S. 199, 213-14 (2007) (emphasis added); 42 U.S.C. § 1997e(g)(1).  Here, because the Court has not yet entered an order directing Defendant to respond to the Complaint, he cannot be in default.  *See, e.g., McCurdy v. Johnson*, No. 2:08-cv-01767, 2012 WL 3135906, at *1-2 (D. Nev. Aug. 1, 2012); *accord Williams v. Kelly*, Civ. Action No. 17-12993, 2018 WL 4403381, at *4 (E.D. La. Aug. 27, 2018), *adopted*, 2018 WL 4386178 (E.D. La. Sept. 14, 2018), *aff'd*, 818 F. App'x 353 (5th Cir. 2020).  Accordingly,

**IT IS ORDERED** that the motion (rec. doc. 16) is **DENIED**.

However, because there is sufficient proof of service in the record (rec. doc. 15 at 3), **IT IS FURTHER ORDERED** that Defendant J. Collin Sims file a pleading responsive to the allegations in Plaintiff's Complaint <u>**no later than June 12, 2024**</u>.

New Orleans, Louisiana, this __22nd__ day of _____ May _____, 2024.

_____
**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**

**CLERK TO SERVE:**

**J. Collin Sims**
**22nd Judicial District Attorney**
**701 N. Columbia Street**
**Covington, LA 70433**