UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ERIC LEROY BOLTON**                                                    **CIVIL ACTION**

**VERSUS**                                                                       **NUMBER: 23-7339**

**WARREN MONTGOMERY**                                           **SECTION: "M"(5)**

**ORDER**

      The undersigned has determined that an attorney from the Civil Pro Bono Counsel Panel should be appointed to represent Plaintiff herein. (Rec. doc. 20). The Court having now conferred with the FBA-NO Pilot Program Coordinator regarding the selection of appropriate counsel pursuant to the Pilot Program's guidelines, the Court hereby appoints the following attorneys to represent Plaintiff:

> Margaret McLaughlin   (Bar: 38345)
> McCann LeFeve   (Bar: 33942)
> Forman, Watkins & Krutz LLP (New Orleans)
> 201 St. Charles Ave.
> Suite 2100
> New Orleans, LA 70170
> Margaret.McLaughlin@formanwatkins.com
> McCann.LeFeve@formanwatkins.com

      **IT IS FURTHER ORDERED** that the Clerk of Court forward a copy of this order to Ms. McLaughlin, Ms. LeFeve, and to the Program Coordinator.

New Orleans, Louisiana, this  1st  day of _____July_____, 2024.

                                         **MICHAEL B. NORTH**
                                  **UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY:**
**HONORABLE BARRY W. ASHE**