UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERIC LEROY BOLTON** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 23-7339** |
| **WARREN MONTGOMERY** | **SECTION: "M" (5)** |

**ORDER**

Before the Court are three motions: Plaintiff's Motion to Strike District Attorney's (State's) Untimely Answer (rec. doc. 19), Plaintiff's Motion & Order for Judgment on the Face of the Pleadings (rec. doc. 22), and Defendant's Ex Parte Motion for Extension of Time to Plead. (Rec. doc. 23). Having reviewed the pleadings and the record,

**IT IS ORDERED** that Plaintiff's Motion to Strike District Attorney's (State's) Untimely Answer (rec. doc. 19) and Plaintiff's Motion & Order for Judgment on the Face of the Pleadings (rec. doc. 22) are **DENIED**. This Court has already determined that the issues raised in Plaintiff's Complaint (rec. doc. 3) are difficult and will require proper briefing. (Rec. doc. 20). The Court finds that input from both parties will be required to resolve said issues, and a preliminary ruling on them is unwarranted.

**IT IS FURTHER ORDERED** that Defendant's Ex Parte Motion for Extension of Time to Plead (rec. doc. 23) is **GRANTED IN PART**. Given that this Court has now appointed counsel on behalf of Plaintiff, Defendant has until **Monday, July 22, 2024** to file his response to Plaintiff's Complaint.

New Orleans, Louisiana, this __8th__ day of _____July_____, 2024.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE