UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERIC LEROY BOLTON** | CIVIL ACTION |
| **VERSUS** | NO. 23-7339 |
| **WARREN MONTGOMERY** | SECTION: "M"(5) |

### ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that the above-captioned matter be referred to United States Magistrate Judge Michael B. North for all further proceedings and the entry of judgment in accordance with Title 28 U.S.C. § 636(c) and the foregoing consent of the parties.

New Orleans, Louisiana, this **15th** day of _____August_____, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

_____
I certify that the signatures
affixed hereon represent the
consent of all parties to the suit.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ERIC LEROY BOLTON                                    CIVIL ACTION

VERSUS                                               NUMBER: 23-7339

WARREN MONTGOMERY                                    SECTION: "M"(5)

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), all parties to the above-captioned civil proceeding hereby waive their right to proceed before a United States District Judge and consent to have a full-time United States Magistrate Judge conduct any and all further proceedings in the case, including but not limited to, the trial of the case and entry of final judgment.

The parties acknowledge they have been advised that they may, without adverse substantive consequences, withhold consent.

8/8/24        Matt W. Mg       8/14/24      [signature]
Date          Plaintiff(s)     Date         Defendant(s)