UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERIC LEROY BOLTON 3332943** | * CIVIL ACTION NO. 23-07339 |
| **VERSUS** | * SECTION "M" (5) |
| **WARREN MONTGOMERY, District Attorney for the 22nd Judicial District Court, Parish of St. Tammany** | * |

### PLAINTIFF'S FIRST SUPPLEMENTAL COMPLAINT

NOW COMES Plaintiff, Eric Leroy Bolton, who supplements his originally filed complaint to add the following paragraphs:

#### I.   DEFENDANTS

1. Named defendant herein is State of Louisiana, through the Department of Public Safety and Corrections, Office of State Police ("LSP"), a political subdivision of the State of Louisiana.

#### II.   BASIS OF CLAIM

2. The Louisiana Legislature has declared "that DNA data banks are important tools in criminal investigations, in the exclusion of individuals who are the subject of criminal investigations or prosecutions, and in deterring and detecting recidivist acts." La. Stat. Ann. § 15:602.

3. LSP is the statutorily appointed administrator of Louisiana's DNA database. La. Stat. Ann. § 15:605.

4. LSP has the power and duty to liaise with the FBI and other criminal justice agencies in regard to Louisiana's participation in CODIS or in any DNA database. La. Stat. Ann. § 15:604.

5. "CODIS" is the "Combined DNA Index System," the Federal Bureau of Investigation's national DNA identification index system that allows the storage and exchange of DNA records submitted by state and local forensic DNA laboratories. La. Stat. Ann. § 15:603.

6. Plaintiff's Original Complaint [Rec. Doc. 3] prayed that the test results from DNA evidence gathered in the case of *State of Louisiana vs. Eric Bolton*, which exclude Plaintiff as the donor of said DNA, along with the results of any subsequently tested DNA evidence gathered in the afore-mentioned case, if any, be entered and searched for in Louisiana's DNA database and CODIS.

7. LSP, as the statutorily appointed administrator of the Louisiana's DNA database and its liaison agency for the state's participation in CODIS, should be compelled to carry out such an action pursuant to La. Stat. Ann. § 15:605.

### III.    ADOPTION OF PRIOR CLAIMS AND ALLEGATIONS

Plaintiff hereby reiterates and/or adopts all other matters contained in the original Petition for Damages as though set forth herein.

**WHEREFORE,** Plaintiff prays that the State of Louisiana, through the Department of Public Safety and Corrections, Office of State Police be duly served and cited, and that after due proceedings, there be judgment in favor of Plaintiff and against Defendants for all prayed for relief, including entry of and search for the test results of any DNA evidence gathered in the case of *State of Louisiana vs. Eric Bolton* in the Louisiana DNA database and CODIS.

Respectfully submitted,

**Forman Watkins & Krutz LLP**

*/s/ Margaret W. McLaughlin*
MCCANN E. LEFEVE (#33942)
MARGARET W. MCLAUGHLIN (#38345)
201 ST. CHARLES AVE., STE. 2100
NEW ORLEANS, LA 70170
TELEPHONE: (504) 799-4383
FACSIMILE: (504) 799-4384

**ATTORNEYS FOR PLAINTIFF**

**PLEASE SERVE:**

Jeff Landry
Attorney General
State of Louisiana
1885 No. 3rd St.
Baton Rouge, LA 70802

And James M. LeBlanc, Secretary
Department of Public Safety and Corrections
604 Mayflower St.
Baton Rouge, LA 70802