## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ERIC LEROY BOLTON 3332943** | * | **CIVIL ACTION NO. 23-07339** |
| | * | |
| | * | |
| **VERSUS** | * | |
| | * | **SECTION "M" (5)** |
| | * | |
| **WARREN MONTGOMERY, District Attorney for the 22nd Judicial District Court, Parish of St. Tammany** | * * * | |

### *EX PARTE* MOTION FOR LEAVE OF COURT TO FILE PLAINTIFF'S FIRST SUPPLEMENTAL COMPLAINT

NOW COMES Plaintiff, Eric Leroy Bolton, who files this motion to supplement the original complaint. Plaintiff seeks to supplement the original complaint by adding the State of Louisiana, through the Department of Public Safety and Corrections, Office of State Police to the pleading, for the reasons set forth in the pleading.

WHEREFORE, plaintiff requests leave to supplement the original complaint.

Respectfully submitted,

**Forman Watkins & Krutz LLP**

*/s/ Margaret W. McLaughlin* _____
MCCANN E. LEFEVE (#33942)
MARGARET W. MCLAUGHLIN (#38345)
201 ST. CHARLES AVE., STE. 2100
NEW ORLEANS, LA 70170
TELEPHONE: (504) 799-4383
FACSIMILE: (504) 799-4384

**ATTORNEYS FOR PLAINTIFF**