UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ERIC LEROY BOLTON 3332943** | * | **CIVIL ACTION NO. 23-07339** |
| | * | |
| **VERSUS** | * | |
| | * | **SECTION "M" (5)** |
| **WARREN MONTGOMERY, District Attorney for the 22nd Judicial District Court, Parish of St. Tammany** | * | |

## ORDER

CONSIDERING the foregoing *Ex Parte* Motion for Leave of Court to File Plaintiff's First Supplemental Complaint:

IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED and the supplemented Complaint be accepted into the record.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2024.

_____
UNITED STATES MAGISTRATE JUDGE