# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**ERIC LEROY BOLTON**                                      **CIVIL ACTION**

**VERSUS**                                                 **NUMBER: 23-7339**

**WARREN MONTGOMERY**                                      **SECTION: "M" (5)**

## ORDER

Before the Court is the *Ex Parte* Motion for Leave of Court to File Plaintiff's First Supplemental Complaint. (Rec. doc. 29). There is no indication in the motion whether Defendant or the proposed new Defendant consents or opposes the motion. Accordingly,

**IT IS ORDERED** that any Defendant or proposed Defendant, should it wish to do so, shall file an opposition to the motion **no later than fourteen (14) days from the date of this Order**. If no opposition is filed, Plaintiff's motion shall be deemed unopposed.

New Orleans, Louisiana, this 9th day of September, 2024.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

**CLERK TO SERVE:**

**ALL COUNSEL OF RECORD**

and

**Liz Murrill**
**Attorney General**
**Louisiana Department of Justice**
**1885 North Third Street**
**Baton Rouge, Louisiana 70802**

and

**James M. LeBlanc, Secretary**
**Department of Public Safety and Corrections**
**604 Mayflower Street**
**Baton Rouge, Louisiana 70802**