UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERIC LEROY BOLTON** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 23-7339** |
| **WARREN MONTGOMERY** | **SECTION: "M" (5)** |

## ORDER

Before the Court is the *Ex Parte* Motion for Leave of Court to File Plaintiff's First Supplemental Complaint. (Rec. doc. 29). Because there was no indication in the motion whether Defendant or the new Defendant consented to or opposed the motion, this Court allowed Defendant 14 days within which to file an opposition. (Rec. doc. 30). No opposition has been filed. Accordingly,

**IT IS ORDERED** that the *Ex Parte* Motion for Leave of Court to File Plaintiff's First Supplemental Complaint (rec. doc. 29) is **GRANTED AS UNOPPOSED**.

**IT IS FURTHER ORDERED** that J. Collin Sims be substituted as Defendant in the caption of this case and on the docket in line with this Court's earlier Order. (Rec. doc. 13).

New Orleans, Louisiana, this 30th day of September, 2024.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

**CLERK TO SERVE:**

**ALL COUNSEL OF RECORD**

and

**Liz Murrill**
**Attorney General**
**Louisiana Department of Justice**

**1885 North Third Street**
**Baton Rouge, Louisiana 70802**

**and**

**James M. LeBlanc, Secretary**
**Department of Public Safety and Corrections**
**604 Mayflower Street**
**Baton Rouge, Louisiana 70802**