AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-07339

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gary Westcott  Secretary Dept. of Public Safety and Corrections

was received by me on *(date)* 12-5-24

☒ I personally served the summons on the individual at *(place)* 564 Mayflower St. Bldg #4 Legal Dept. Baton Rouge, LA 70802 on *(date)* 12-10-24 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12-10-24

Server's signature: Ron Powell

135 S. Scott St. New Orleans, LA 70119
Printed name and title

Ron Powell, Process Server
Server's address

Additional information regarding attempted service, etc:

12/10/24 Kelly Liebert
Admin. Coordinator