AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-07339

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Attorney General/State of Louisiana__
was received by me on *(date)* __12-5-24__ .

☒ I personally served the summons on the individual at *(place)* __1885 N. 3rd St. Baton Rouge, LA 70802__ on *(date)* __12-6-24__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __12-6-24__

__Ron Powell__
Server's signature

__Ron Powell, Process Server__
Printed name and title

__135 S. Scott St. New Orleans, LA. 70119__
Server's address

Additional information regarding attempted service, etc:

Alexandria Britten, Civil Division
Dec 6 2024