AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Eric Leroy Bolton 3332943 <br><br> *Plaintiff(s)* <br> v. <br> Warren Montgomery, District Attorney for the 22nd Judicial District Court, Parish of St. Tammany <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 23-07339 **(5)** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jeff Landry, Attorney General
State of Louisiana
1885 No. 3rd St.
Baton Rouge, LA 70802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
McCann E. LeFeve (#33942)
Margaret W. McLaughlin (#38345)
201 St. Charles Avenue, Suite 2100
New Orleans, LA 70170

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
Name of clerk of court

Date: __Sep 30 2024__                                                    _____
                                                                          Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-07339

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Attorney General/State of Louisiana
was received by me on *(date)* 12-5-24.

☒ I personally served the summons on the individual at *(place)* 1885 N. 3rd St. Baton Rouge, LA 70802 on *(date)* 12-6-24; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12-6-24

Server's signature: Ron Powell

Printed name and title: Ron Powell, Process Server

Server's address: 135 S. Scott St. New Orleans, LA. 70119

Additional information regarding attempted service, etc:

Alexandria Britten, Civil Division
Dec 6 2024