UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ERIC LEROY BOLTON 3332943** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 23-07339** |
| **VERSUS** | * | |
| | * | **SECTION "M" (5)** |
| **WARREN MONTGOMERY,** | * | |
| **District Attorney For the 22nd** | * | **UNITED STATES MAGISTRATE** |
| **Judicial District, Parish of St.** | * | **JUDGE MICHAEL B. NORTH** |
| **Tammany** | * | |
| | * | |

**************************************

## MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

Now into court, through undersigned counsel, for the sole and exclusive purpose of excepting to the jurisdiction of this court, comes Louisiana Department Of Public Safety And Corrections, Public Safety Services, Office Of State Police, (LSP) which represents that Eric Leroy Bolton's (Bolton) complaint against it should be dismissed, with prejudice, for lack of subject matter jurisdiction due to Eleventh Amendment Sovereign Immunity.

Bolton seeks an order of this court against the LSP Crime Lab compelling it to enter and search the test results from his independent testing into the Louisiana DNA Database and CODIS. The Eleventh Amendment to the Constitution of the United States protects states from suit in federal court. *Corn v. Mississippi Department of Public Safety*, 954 F.3d 268 (2020). The Louisiana State Police is a state agency which enjoys the same immunity from suit in federal court as does the state. *Moore v. Louisiana Board of Elementary and Secondary Education*, 743 F.3d 959 (2014). As such, pursuant to Federal Rule of Civil Procedure 12(b)(1), LSP should be dismissed from this suit, due to lack of subject matter jurisdiction for the reasons set forth more specifically in the accompanying memorandum.

Respectfully submitted,

**Louisiana Department of Public Safety, Public Safety Services, Office of State Police**

*[signature]*

Faye Dysart Morrison
La. Bar Roll No. 23049
P. O. Box 66614, Drawer A-6
Baton Rouge, Louisiana 70896
Phone (225) 925-6103
Fax (225) 925-4624

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2024, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system to all counsel of record.

*[signature]*

Faye D. Morrison