UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ERIC LEROY BOLTON 3332943** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 23-07339** |
| **VERSUS** | * | |
| | * | **SECTION "M" (5)** |
| **WARREN MONTGOMERY,** | * | |
| **District Attorney For the 22nd** | * | **UNITED STATES MAGISTRATE** |
| **Judicial District, Parish of St.** | * | **JUDGE MICHAEL B. NORTH** |
| **Tammany** | * | |
| | * | |

**************************************

## NOTICE OF SUBMISSION

Please take notice that the Motion to Dismiss for Lack of Subject Matter Jurisdiction is hereby set for submission before the Magistrate Judge Michael B. North on January 8, 2025.

Respectfully submitted,

**Louisiana Department of Public Safety, Public Safety Services, Office of State Police**

Faye Dysart Morrison
La. Bar Roll No. 23049
P. O. Box 66614, Drawer A-6
Baton Rouge, Louisiana 70896
Phone (225) 925-6103
Fax (225) 925-4624

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2024, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system to all counsel of record.

Faye D. Morrison