## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ERIC LEROY BOLTON 3332943** | * | **CIVIL ACTION NO. 23-07339** |
| | * | |
| | * | |
| **VERSUS** | * | |
| | * | **SECTION "M" (5)** |
| | * | |
| | * | |
| **WARREN MONTGOMERY, District Attorney for the 22nd Judicial District Court, Parish of St. Tammany** | * * * | |

### *EX PARTE* MOTION TO RESET SUBMISSION DATE TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

NOW COMES Plaintiff, Eric Leroy Bolton, who respectfully requests that the Court reset the submission date for Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction (R. Doc. 39). This Motion is currently set for submission on January 8, 2025. Plaintiff requested consent to this request to continue the submission date to January 15, 2025 but in light of the holidays has not received a response to the same.

WHEREFORE, Plaintiff respectfully requests that this Court continue the submission date for this Motion (R. Doc. 39) to January 15, 2025.

Respectfully submitted,

**Forman Watkins & Krutz LLP**

*/s/ Margaret W. McLaughlin*
MCCANN E. LEFEVE (#33942)
MARGARET W. MCLAUGHLIN (#38345)
201 ST. CHARLES AVE., STE. 2100
NEW ORLEANS, LA 70170
TELEPHONE: (504) 799-4383
FACSIMILE: (504) 799-4384

**ATTORNEYS FOR PLAINTIFF**