# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ERIC LEROY BOLTON 3332943** | * | **CIVIL ACTION NO. 23-07339** |
| | * | |
| **VERSUS** | * | |
| | * | **SECTION "M" (5)** |
| **WARREN MONTGOMERY, District Attorney for the 22nd Judicial District Court, Parish of St. Tammany** | * | |

## ORDER

CONSIDERING the foregoing Motion to Reset Submission Date of Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction:

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED and the submission date for this Motion (R. Doc. 39) is continued.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2025.

_____
UNITED STATES MAGISTRATE JUDGE