# Margaret W. McLaughlin

| | |
|---|---|
| **From:** | Margaret W. McLaughlin |
| **Sent:** | Monday, December 23, 2024 2:03 PM |
| **To:** | faye.morrison2@la.gov |
| **Cc:** | McCann E. LeFeve |
| **Subject:** | Bolton - request for brief extension for response to motion to dismiss |

Hi Faye,

We represent Eric Bolton in his matter against St. Tammany and we are in receipt of your recently filed motion to dismiss. We were wondering if it would be possible to continue the submission date to the next available date with Judge North? We have conflicts with the date for opposition based on the current January 8 submission date.

Thank you for your professional courtesies.

Best,
Margaret

**Margaret W. McLaughlin**
Forman Watkins & Krutz LLP
201 St. Charles Ave, Suite 2100
New Orleans, Louisiana 70170
D: 504.565.7561 | F: 504.799.4384
margaret.mclaughlin@formanwatkins.com

FormanWatkins

EXHIBIT
A

1