# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

ERIC LEROY BOLTON                                    CIVIL ACTION

VERSUS                                               NUMBER: 23-7339

J. COLLIN SIMS                                       SECTION "M" (5)

## ORDER

**IT IS ORDERED** that the Motion to Dismiss for Lack of Subject Matter Jurisdiction (rec. doc. 39) is **SET FOR ORAL HEARING** before the undersigned on **Thursday, January 9, 2025 at 11:00 a.m.** in Courtroom B407, 500 Poydras Street, New Orleans Louisiana 70130.[1]

New Orleans, Louisiana, this 30th day of December, 2024.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

---

[1] The submission date and all attendant filing deadlines remains as noticed in the motion.