**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ERIC LEROY BOLTON** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 23-7339** |
| **J. COLLIN SIMS** | **SECTION "M" (5)** |

**ORDER**

Before the Court is a motion to continue. (Rec. doc. 40).

The motion is granted.

**IT IS ORDERED** that the Motion to Dismiss for Lack of Subject Matter Jurisdiction (rec. doc. 39) is **RESET FOR ORAL HEARING** before the undersigned on **Thursday, January 16, 2025 at 11:00 a.m.** in Courtroom B407, 500 Poydras Street, New Orleans Louisiana 70130.

New Orleans, Louisiana, this 3rd day of January, 2025.

**MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE**