# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**ERIC LEROY BOLTON**                                    **CIVIL ACTION**

**VERSUS**                                               **NUMBER: 23-7339**

**J. COLLIN SIMS**                                       **SECTION "M" (5)**

## ORDER

Before the Court is the Motion to Dismiss for Lack of Subject Matter Jurisdiction. (Rec. doc. 39). Plaintiff has filed an opposition. (Rec. doc. 44). Having reviewed the pleadings, the Court finds oral argument unnecessary and can take the motion under submission on the briefs. Accordingly,

**IT IS ORDERED** that the oral hearing set on January 16, 2025 is **CANCELLED**.

New Orleans, Louisiana, this 13th day of January, 2025.

**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**