UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ERIC LEROY BOLTON                                        CIVIL ACTION

VERSUS                                                   NUMBER: 23-7339

WARREN MONTGOMERY                                        SECTION: "M" (5)

**ORDER**

Having reviewed the Complaint in the above-captioned lawsuit, it has come to this Court's attention that this lawsuit is controlled by *Skinner v. Switzer*, 532 U.S. 521 (2011) and its progeny. *See Emerson v. Thaler*, 544 F. App'x 325 (5th Cir. 2013). Accordingly, the Court has determined that it will resolve Plaintiff's claims on cross-motions for summary judgment.

**IT IS ORDERED** that Plaintiff shall file his motion for summary judgment, together with a legal memorandum of authorities in support of his claims, **no later than thirty (30) days from the date of this Order**.

**IT IS FURTHER ORDERED** that Defendant file his cross-motion for summary judgment, together with a legal memorandumof authorities in support of his claims, **no later than thirty (30) days from the date of Plaintiff's filing**.

New Orleans, Louisiana, this 14th day of February, 2025.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE