# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ERIC LEROY BOLTON | * | CIVIL ACTION NO.: 2:23-cv-07339 |
| Plaintiffs | * | SECTION "M" (5) |
| v. | * | |
| WARREN MONTGOMERY, District Attorney, Parish of St. Tammany, | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * *

## EX PARTE MOTION FOR EXTENSION OF DEADLINE
## TO FILE CROSS-MOTIONS FOR SUMMARY JUDGMENT

Defendant, St. Tammany Parish District Attorney, J. Collin Sims, request that this Honorable Court extend the deadlines set in the Court's February 14, 2025, order, (Rec. Doc. 47) by an additional thirty (30) days so as to allow the parties additional time to explore the possibility of an amicable resolution to this dispute.

The parties request that the Court reset the Plaintiffs' deadline to April 15, 2025, and Defendants' deadline to May 15, 2025. Counsel for Plaintiff Eric Leroy Bolton consents to this request to extend the deadlines set in this Court's February 14, 2025, order (Rec. Doc. 47).

Respectfully submitted:

**J. COLLIN SIMS
DISTRICT ATTORNEY
22ND JUDICIAL DISTRICT**

By: _____
**JAMES J. BOLNER, JR. (La. Bar Roll No. 21485)
MATTHEW B. CAPLAN (La. Bar Roll No. 31650)
Assistant District Attorneys**
21454 Koop Drive, Suite 2G
Mandeville, Louisiana 70471
Telephone: (985) 898-3427
Facsimile: (985) 867-5124
Email: jjbolner@22da.com
mcaplan@22da.com
*Counsel for Defendant*