UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ERIC LEROY BOLTON | * | CIVIL ACTION NO.: 2:23-cv-07339 |
| Plaintiffs | * | SECTION "M" (5) |
| v. | * | |
| WARREN MONTGOMERY, District Attorney, Parish of St. Tammany, | * | |
| Defendants. | * | |

**ORDER**

**IT IS ORDERED,** that Defendants' ex parte motion for additional time to file cross-motions for summary judgment are GRANTED. The deadlines set in this Court's February 14, 2025, Order (Rec. Doc. 47) are hereby extended by thirty days.

IT IS ORDERED that Plaintiff shall file his motion for summary judgment, together with a legal memorandum of authorities in support of his claims, no later than April 15, 2025.

IT IS FURTHER ORDERED that Defendant file his cross-motion for summary judgment, together with a legal memorandum of authorities in support of his claims, no later than thirty (30) days from the date of Plaintiff's filing.

New Orleans, Louisiana, this _____ day of _____, 2025

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE