## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| ERIC LEROY BOLTON | * | CIVIL ACTION NO.: 2:23-cv-07339 |
| | * | |
| Plaintiffs | * | SECTION "M" (5) |
| v. | * | |
| WARREN MONTGOMERY, | * | |
| District Attorney, Parish of St. Tammany, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**IT IS ORDERED,** that Defendants' ex parte motion for additional time to file cross-motions for summary judgment are GRANTED.  The deadlines set in this Court's February 14, 2025, Order (Rec. Doc. 47) are hereby extended by thirty days.

**IT IS ORDERED** that Plaintiff shall file his motion for summary judgment, together with a legal memorandum of authorities in support of his claims, no later than April 15, 2025.

I**T IS FURTHER ORDERED** that Defendant file his cross-motion for summary judgment, together with a legal memorandum of authorities in support of his claims, no later than May 15, 2025.

New Orleans, Louisiana, this ____13th____ day of _____March_____, 2025

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE