UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ERIC LEROY BOLTON** | * | **CIVIL ACTION NO. 23-07339** |
| | * | |
| **VERSUS** | * | **SECTION "M" (5)** |
| | * | |
| **WARREN MONTGOMERY** | * | **UNITED STATES MAGISTRATE** |
| District Attorney, Parish of St. Tammany | * | **JUDGE MICHAEL B. NORTH** |

### EX PARTE MOTION FOR EXTENSION OF DEADLINE
### TO FILE CROSS-MOTIONS FOR SUMMARY JUDGMENT

Plaintiff, Eric Bolton, requests that this Honorable Court extend the deadlines set in the Court's March 13, 2025 Order, (Rec. Doc. 51), by an additional thirty (30) days. This is Plaintiff's first request for an extension of time to file his Motion for Summary Judgment, and Plaintiff represents that the parties continue to explore the possibility of an amicable resolution, including taking affirmative steps with relevant third-parties in an effort to achieve resolution without court intervention.

As such, the parties request that the Court reset the Plaintiff's deadline to May 15, 2025, and Defendant's deadline to June 16, 2025. Counsel for Defendant, St. Tammany Parish District Attorney, J. Collin Sims, consents to this request to extend the deadlines set in this Court's March 13, 2025, order (Rec. Doc. 51).

Respectfully submitted,

**Forman Watkins & Krutz LLP**
*/s/ McCann E. LeFeve*
MCCANN E. LEFEVE (#33942)
MARGARET W. MCLAUGHLIN (#38345)
201 ST. CHARLES AVE., STE. 2100
NEW ORLEANS, LA 70170
TELEPHONE: (504) 799-4383
FACSIMILE: (504) 799-4384
**ATTORNEYS FOR PLAINTIFF**

1