UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ERIC LEROY BOLTON** | * | **CIVIL ACTION NO. 23-07339** |
| | * | |
| **VERSUS** | * | **SECTION "M" (5)** |
| | * | |
| **WARREN MONTGOMERY**<br>**District Attorney, Parish of St. Tammany** | * | **UNITED STATES MAGISTRATE**<br>**JUDGE MICHAEL B. NORTH** |

## ORDER

**IT IS ORDERED,** that Plaintiff's *Ex Parte* Motion for Additional Time to File Motions for Summary Judgment are GRANTED. The deadlines set in this Court's March 13 2025 Order (Rec. Doc. 51) are hereby extended by thirty days.

**IT IS ORDERED** that Plaintiff shall file his motion for summary judgment, together with a legal memorandum of authorities in support of his claims, no later than May 15, 2025.

**IT IS FURTHER ORDERED** that Defendant file his cross-motion for summary judgment, together with a legal memorandum of authorities in support of his claims, no later than thirty (30) days from the date of Plaintiff's filing.

New Orleans, Louisiana, this _____ day of _____, 2025.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE