UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ERIC LEROY BOLTON** | * | **CIVIL ACTION NO. 23-07339** |
| | * | |
| **VERSUS** | * | **SECTION "M" (5)** |
| | * | |
| **WARREN MONTGOMERY** | * | **UNITED STATES MAGISTRATE** |
| **District Attorney, Parish of St. Tammany** | * | **JUDGE MICHAEL B. NORTH** |

## ORDER

**IT IS ORDERED,** that Plaintiff's *Ex Parte* Motion for Additional Time to File Motions for Summary Judgment is GRANTED. The deadlines set in this Court's March 13 2025 Order (Rec. Doc. 51) are hereby extended by 30 days.

**IT IS ORDERED** that Plaintiff shall file his motion for summary judgment, together with a legal memorandum of authorities in support of his claims, no later than May 15, 2025.

**IT IS FURTHER ORDERED** that Defendant file his cross-motion for summary judgment, together with a legal memorandum of authorities in support of his claims, no later than 30 days from the date of Plaintiff's filing, or June 16, 2025.

New Orleans, Louisiana, this ___15th___ day of ___April___, 2025.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

1