# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**ERIC LEROY BOLTON #332943**   *   **CIVIL ACTION NO. 23-07339**
                                *
                                *
**VERSUS**                      *   **SECTION "M" (5)**
                                *
                                *   **UNITED STATES MAGISTRATE**
**WARREN MONTGOMERY**           *   **JUDGE MICHAEL B. NORTH**
**District Attorney, Parish of St. Tammany**   *

## ORDER

**IT IS ORDERED,** that Plaintiff's *Ex Parte* Motion for Additional Time to File Motions for Summary Judgment are GRANTED. The deadlines set in this Court's April 14, 2025 Order (Rec. Doc. 53) are hereby extended by sixty days.

**IT IS ORDERED** that Plaintiff shall file his motion for summary judgment, together with a legal memorandum of authorities in support of his claims, no later than July 14, 2025.

**IT IS FURTHER ORDERED** that Defendant file his cross-motion for summary judgment, together with a legal memorandum of authorities in support of his claims, no later than thirty (30) days from the date of Plaintiff's filing.

New Orleans, Louisiana, this _____ day of _____, 2025.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

1