UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ERIC LEROY BOLTON #332943** | * | **CIVIL ACTION NO. 23-07339** |
| | * | |
| **VERSUS** | * | **SECTION "M" (5)** |
| | * | |
| **WARREN MONTGOMERY**<br>District Attorney, Parish of St. Tammany | * | **UNITED STATES MAGISTRATE**<br>**JUDGE MICHAEL B. NORTH** |

**EX PARTE MOTION FOR EXTENSION OF DEADLINE
TO FILE CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff, Eric Bolton, requests that this Honorable Court extend the deadlines set in the Court's May 15, 2025 Order, (Rec. Doc. 55), by an additional sixty (60) days. This is Plaintiff's third request for an extension of time to file his Motion for Summary Judgment, and Plaintiff represents that the parties continue to explore an amicable resolution and take affirmative steps with relevant third parties in an effort to achieve resolution without court intervention.

As such, the parties request that the Court reset the Plaintiff's deadline to September 12, 2025, and Defendant's deadline to October 14, 2025. Counsel for Defendant, St. Tammany Parish Defendant consents to this request to extend the deadlines set in this Court's May 15, 2025 Order, (Rec. Doc. 55).

Respectfully submitted,

**Forman Watkins & Krutz LLP**
*/s/ McCann E. LeFeve*
MCCANN E. LEFEVE (#33942)
MARGARET W. MCLAUGHLIN (#38345)
201 ST. CHARLES AVE., STE. 2100
NEW ORLEANS, LA 70170
TELEPHONE: (504) 799-4383
FACSIMILE: (504) 799-4384
**ATTORNEYS FOR PLAINTIFF**

1