## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ERIC LEROY BOLTON #332943** | * | **CIVIL ACTION NO. 23-07339** |
| | * | |
| **VERSUS** | * | **SECTION "M" (5)** |
| | * | |
| **WARREN MONTGOMERY** | * | **UNITED STATES MAGISTRATE** |
| **District Attorney, Parish of St. Tammany** | * | **JUDGE MICHAEL B. NORTH** |

## ORDER

**IT IS ORDERED,** that Plaintiff's *Ex Parte* Motion for Additional Time to File Motions for Summary Judgment are GRANTED. The deadlines set in this Court's May 15, 2025 Order, (Rec. Doc. 55) are hereby extended by sixty days.

**IT IS ORDERED** that Plaintiff shall file his motion for summary judgment, together with a legal memorandum of authorities in support of his claims, no later than September 12, 2025.

**IT IS FURTHER ORDERED** that Defendant file his cross-motion for summary judgment, together with a legal memorandum of authorities in support of his claims, no later than thirty (30) days from the date of Plaintiff's filing. THERE SHALL BE NO FURTHER EXTENSIONS.

New Orleans, Louisiana, this \_\_\_14th\_\_\_ day of \_\_\_\_\_July\_\_\_\_\_, 2025.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE