## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ERIC LEROY BOLTON #332943** | * | **CIVIL ACTION NO. 23-07339** |
| **VERSUS** | * | **SECTION "M" (5)** |
| **WARREN MONTGOMERY**<br>District Attorney, Parish of St. Tammany | * | **UNITED STATES MAGISTRATE JUDGE MICHAEL B. NORTH** |

## ORDER

**CONSIDERING** the foregoing Joint Motion for Administrative Stay filed by Plaintiff, Eric Bolton, and Defendant J. Collin Sims, District Attorney for the 22nd Judicial District, State of Louisiana:

**IT IS HEREBY ORDERED** that the Joint Motion for Administrative Stay is GRANTED.

**IT IS FURTHER ORDERED** that this proceeding be and hereby is administratively stayed for a period of ninety (90) days from the entry of this Order and that the parties shall file a joint status report on or before the expiration of this ninety (90) day period in order to provide a report on the status of the proceedings in the state court action and whether such stay should be extended or whether the matter should be returned to the Court's active docket for further proceedings.

New Orleans, Louisiana, this _____ day of _____, 2025.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE