# Brandi S. Cicotte

| | |
|---|---|
| **From:** | James J. Bolner Jr. <jjbolner@22da.com> |
| **Sent:** | Tuesday, May 13, 2025 10:33 AM |
| **To:** | Margaret W. McLaughlin; Matthew B. Caplan |
| **Cc:** | McCann E. LeFeve |
| **Subject:** | RE: 23-cv-07339-BWA-MBN Bolton v. Montgomery |

*EXTERNAL EMAIL - proceed with caution when replying or clicking links*

The caption is wrong. The case is "State of Louisiana vs. Eric Leroy Bolton, Division "I" Docket No. 484145."

It looks like the clerk of court for the 22nd JDC accepted pleadings from Mr. Bolton with his version of the caption in the past. Since the Warden is not a party, and is not consenting to the release of the evidence, it may be problematic.

But that is between you and Mr. Bolton.

We do not object to the substance of the motion.

Thanks,


JAMES J. BOLNER JR.
Assistant District Attorney
Civil Division
J. Collin Sims, District Attorney – 22nd Judicial District
21454 Koop Drive, Suite 2G, Mandeville, LA 70471
Telephone: (985) 898-3427
Email: jjbolner@22DA.com

CONFIDENTIALITY NOTICE – This message originates from the District Attorney for the 22nd Judicial District, State of Louisiana, Civil Division. It is intended for the individual or entity to which it is addressed. If the reader of this message is not the intended recipient you are strictly prohibited by law from distributing or publishing this email. If you are not the intended recipient please notify us immediately by telephone, delete this transmission with any attachments, and destroy all copies in any form.

---

**From:** Margaret W. McLaughlin <margaret.mclaughlin@formanwatkins.com>
**Sent:** Monday, May 12, 2025 6:29 PM
**To:** Matthew B. Caplan <mcaplan@22da.com>
**Cc:** James J. Bolner Jr. <jjbolner@22da.com>; McCann E. LeFeve <McCann.LeFeve@formanwatkins.com>
**Subject:** RE: 23-cv-07339-BWA-MBN Bolton v. Montgomery

**[EXTERNAL EMAIL] THINK BEFORE YOU CLICK**

Hi Matt,

Thanks for getting back to us and apologies for the delay—we just received Mr. Bolton's draft motion in the mail today and are forwarding it to you for your review. If you or Jim can confirm that you're not opposed to its filing

1

EXHIBIT A

before Wednesday end of day, we'll advise Mr. Bolton he can file it. If you do have opposition to anything contained here, let us know and we'll forward Mr. Bolton any necessary revisions.

Apologies for the quick turnaround; as you may know our new deadline in the federal action is on Thursday. We are planning to call the court tomorrow and advise them that we plan to ask for another continuance, and unless yall object, we plan to ask for a 60 day continuance this time to hopefully give us enough time to actually get something done without having another immediately looming deadline.

As you may have seen, we still haven't heard from St. Tammany DNA lab in response to our brief follow up question but still think the plan of filing the motion makes the most sense in the circumstances (and if we do need to arrange a conference with St. Tammany regarding testing we'll cross that bridge when we get there).

Thanks again for your working with us on this.

Best,
Margaret

**Margaret W. McLaughlin**
Forman Watkins & Krutz LLP
D: 504.565.7561 | F: 504.799.4384
margaret.mclaughlin@formanwatkins.com

---

**From:** Matthew B. Caplan <mcaplan@22da.com>
**Sent:** Friday, May 2, 2025 3:14 PM
**To:** Margaret W. McLaughlin <margaret.mclaughlin@formanwatkins.com>
**Cc:** James J. Bolner Jr. <jjbolner@22da.com>; McCann E. LeFeve <McCann.LeFeve@formanwatkins.com>
**Subject:** RE: 23-cv-07339-BWA-MBN Bolton v. Montgomery


**EXTERNAL EMAIL - proceed with caution when replying or clicking links**

```
Margaret –

Jim forwarded your inquiry to me. I do think that CCRP 930.3 is the correct
procedural vehicle to use.

As far as the whereabouts of the evidence, it'll be in the possession of the
clerk if it was introduced as evidence at the trial. What evidence, exactly, does
Mr. Bolton want to have tested? If you describe it in sufficient detail, we
should be able to figure out whether it was introduced as evidence at the trial.
If it was, it'll be in the possession of the clerk. If not, it'll be in the
possession of the investigating agency.
```



**Matthew Caplan**
Assistant District Attorney
22nd Judicial District Attorney's Office
Washington- St Tammany Parishes
701 N Columbia Street
Covington, La. 70433
p: 985-809-8398
mcaplan@22da.com    www.collinsimsda.org

*DISCLAIMER: Any e-mail may be construed as a public document, and may be subject to a public records request. The contents of this e-mail reflect the opinion of the writer, and are not necessarily the opinion or policy of 22nd Judicial District Attorney.*

**From:** James J. Bolner Jr. <jjbolner@22da.com>
**Sent:** Thursday, May 1, 2025 11:57 AM
**To:** Matthew B. Caplan <mcaplan@22da.com>
**Subject:** Fwd: 23-cv-07339-BWA-MBN Bolton v. Montgomery

Mattew,

This is outside my scope. Do you have time to respond?

Thanks

Get Outlook for iOS

**From:** Margaret W. McLaughlin <margaret.mclaughlin@formanwatkins.com>
**Sent:** Wednesday, April 30, 2025 10:15:34 PM
**To:** James J. Bolner Jr. <jjbolner@22da.com>
**Cc:** McCann E. LeFeve <McCann.LeFeve@formanwatkins.com>
**Subject:** Re: 23-cv-07339-BWA-MBN Bolton v. Montgomery

**[EXTERNAL EMAIL] THINK BEFORE YOU CLICK**

Hi Jim,

We reviewed Mr. Bolton's draft of a motion to release evidence and wanted to check in on two questions.

First, I believe you'd referenced on a previous call that the clerk's office is in possession of the evidence post trial? We weren't sure if it was in possession of the St Tammany Parish Sheriff's Office, whose evidence number it was originally stored under, or if the motion should reference the clerk's office directly as the entity from whom the evidence should be released.

Second, the draft was prepared under Article 926.3 as a motion to test evidence rather than a 926.1 application to test DNA, since a 926.1 motion was already granted in this case and because it requires a more substantial showing. We wanted to check to see if that makes sense to you or if you think it'll require the more heightened 926.1 pleading.

Thanks!
Margaret


Sent from my iPhone

> On Apr 1, 2025, at 3:53 PM, James J. Bolner Jr. <jjbolner@22da.com> wrote:
>
> **EXTERNAL EMAIL - proceed with caution when replying or clicking links**

Yguerin@stpcoroner.org

Yancy Guerin is the head administrator for the Coroner - Dr Tape.


Get Outlook for iOS

---

**From:** jjbolner@22da.com <jjbolner@22da.com>
**Sent:** Tuesday, April 1, 2025 2:00:50 PM
**To:** McCann E. LeFeve <McCann.LeFeve@formanwatkins.com>; Margaret W. McLaughlin <margaret.mclaughlin@formanwatkins.com>
**Subject:** Re: 23-cv-07339-BWA-MBN Bolton v. Montgomery

Yes

Get Outlook for iOS

---

**From:** McCann E. LeFeve <McCann.LeFeve@formanwatkins.com>
**Sent:** Tuesday, April 1, 2025 12:58:08 PM
**To:** James J. Bolner Jr. <jjbolner@22da.com>; Margaret W. McLaughlin <margaret.mclaughlin@formanwatkins.com>
**Subject:** RE: 23-cv-07339-BWA-MBN Bolton v. Montgomery

**[EXTERNAL EMAIL] THINK BEFORE YOU CLICK**

I am. Should I call you on your cell?

**McCann E. LeFeve**
Forman Watkins & Krutz LLP

---

**From:** James J. Bolner Jr. <jjbolner@22da.com>
**Sent:** Tuesday, April 1, 2025 12:12 PM
**To:** McCann E. LeFeve <McCann.LeFeve@formanwatkins.com>; Margaret W. McLaughlin <margaret.mclaughlin@formanwatkins.com>
**Subject:** Re: 23-cv-07339-BWA-MBN Bolton v. Montgomery


*EXTERNAL EMAIL - proceed with caution when replying or clicking links*

Are you available this afternoon? 3:00 - 5:00?

Get Outlook for iOS

---

**From:** McCann E. LeFeve <McCann.LeFeve@formanwatkins.com>
**Sent:** Tuesday, April 1, 2025 11:55:07 AM
**To:** James J. Bolner Jr. <jjbolner@22da.com>; Margaret W. McLaughlin <margaret.mclaughlin@formanwatkins.com>
**Subject:** RE: 23-cv-07339-BWA-MBN Bolton v. Montgomery

**[EXTERNAL EMAIL] THINK BEFORE YOU CLICK**

Hi Jim,

Apologies for our delay, but I was out of town last week and Margaret is now on maternity leave. Any chance for a quick touch base this week?

Thanks,
McCann

**McCann E. LeFeve**
Forman Watkins & Krutz LLP

**From:** James J. Bolner Jr. <jjbolner@22da.com>
**Sent:** Wednesday, March 26, 2025 3:45 PM
**To:** Margaret W. McLaughlin <margaret.mclaughlin@formanwatkins.com>
**Cc:** McCann E. LeFeve <McCann.LeFeve@formanwatkins.com>
**Subject:** RE: 23-cv-07339-BWA-MBN Bolton v. Montgomery

*EXTERNAL EMAIL - proceed with caution when replying or clicking links*

I am available to discuss this afternoon.  If that's not good for you  I should be available Friday morning.

Call me on my cell 504 4420707

Thanks,

**From:** Margaret W. McLaughlin <margaret.mclaughlin@formanwatkins.com>
**Sent:** Monday, March 24, 2025 4:36 PM
**To:** James J. Bolner Jr. <jjbolner@22da.com>
**Cc:** McCann E. LeFeve <McCann.LeFeve@formanwatkins.com>
**Subject:** RE: 23-cv-07339-BWA-MBN Bolton v. Montgomery

**[EXTERNAL EMAIL] THINK BEFORE YOU CLICK**

Hi Jim,

Just wanted to follow up on our conversation last week about potential testing of the evidence at issue in Mr. Bolton's case being submitted for testing to the St. Tammany coroner's lab as a potential work around to the briefing in front of Judge North.

I know you have an upcoming break from the office and I'll be out on leave in the near future, so if you aren't in a place for follow up at this point, would it be possible to touch base before end of week?

Best,
Margaret

**Margaret W. McLaughlin**
Forman Watkins & Krutz LLP

D: 504.565.7561 | F: 504.799.4384
margaret.mclaughlin@formanwatkins.com

---

**From:** James J. Bolner Jr. <jjbolner@22da.com>
**Sent:** Wednesday, July 17, 2024 11:22 AM
**To:** McCann E. LeFeve <McCann.LeFeve@formanwatkins.com>; Margaret W. McLaughlin <margaret.mclaughlin@formanwatkins.com>
**Cc:** Matthew B. Caplan <mcaplan@22da.com>; Cary Menard <cmenard@22da.com>
**Subject:** RE: 23-cv-07339-BWA-MBN Bolton v. Montgomery

*EXTERNAL EMAIL - proceed with caution when replying or clicking links*

The DA is willing to proceed before a Magistrate Judge under 28 U.S.C 636(c). Please let us know Mr. Bolton's position.

Thanks,

JAMES J. BOLNER JR.
Assistant District Attorney
Civil Division
J. Collin Sims, District Attorney – 22nd Judicial District
21454 Koop Drive, Suite 2G, Mandeville, LA 70471
Telephone: (985) 898-3427
Email: jjbolner@22DA.com

CONFIDENTIALITY NOTICE – This message originates from the District Attorney for the 22nd Judicial District, State of Louisiana, Civil Division. It is intended for the individual or entity to which it is addressed. If the reader of this message is not the intended recipient you are strictly prohibited by law from distributing or publishing this email. If you are not the intended recipient please notify us immediately by telephone, delete this transmission with any attachments, and destroy all copies in any form.

---

**From:** Jason Johanson <jason_johanson@laed.uscourts.gov>
**Sent:** Wednesday, July 17, 2024 8:58 AM
**To:** McCann.LeFeve@formanwatkins.com; James J. Bolner Jr. <jjbolner@22da.com>; margaret.mclaughlin@formanwatkins.com; Matthew B. Caplan <mcaplan@22da.com>
**Subject:** 23-cv-07339-BWA-MBN Bolton v. Montgomery

**WARNING!! St. Tammany Parish Government THIS EMAIL IS FROM AN EXTERNAL SENDER! Do you trust this email?** If you are unsure DO NOT click any links and NEVER input your username and password!!

Good morning, counsel. An answer (rec. doc. 26) having been filed in the subject matter, it is now appropriate to determine whether all parties are willing to proceed before a Magistrate Judge under 28 U.S.C 636(c). Absent the consent of all parties, the matter will be returned to the docket of the assigned District Judge, the Honorable Barry W. Ashe, for further proceedings except those enumerated in Local Rule 72.1. Could you please confer with your respective clients at your earliest convenience and separately advise me of their decisions on the consent issue **no later than Wednesday, August 7, 2024**? Thank you.

Jason R. Johanson
Law Clerk to U.S. Magistrate Judge
Michael B. North
500 Poydras Street, Room B-419
New Orleans, Louisiana 70130
[jason_johanson@laed.uscourts.gov](mailto:jason_johanson@laed.uscourts.gov) (email)
504.589.7610 (telephone)

Important Confidentiality And Limited Liability Notice--
This email and any attachments may be confidential and protected by law. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the email or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Please note that any views or opinions expressed in this email are solely those of the author and do not necessarily represent those of Forman Watkins & Krutz LLP. (FWK). The recipient should check this email and any attachments for the presence of viruses. FWK accepts no liability for any damage caused by any virus transmitted by this email. Thank you for your cooperation.

IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].