IN THE
22nd JUDICIAL DISTRICT COURT
PARISH OF ST. TAMMANY
STATE OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA<br>*Respondent*<br>Versus<br><br>ERIC LEROY BOLTON<br>*Petitioner* | Docket No. **484-145 "I"**<br><br>Date Filed _____<br><br><br>_____<br>Clerk of Court |

FILED AUG 1 4 2025
Jessica Jenkins Brewster, Clerk
Deputy _____

UNOPPOSED MOTION TO RELEASE EVIDENCE AND MOTION
FOR TESTING PURSUANT TO LA.C.CR.P. ARTICLE 926.3

MAY IT PLEASE THE COURT:

NOW INTO COURT COMES Eric Leroy Bolton, Petitioner herein, who respectfully moves this Honorable Court to grant this Motion to Release Evidence and Motion for Testing Pursuant to La.C.Cr.P. Article 926.3, for the following reasons:

JURISDICTION AND VENUE

The District Courts have original jurisdiction over all civil and criminal matters, and exclusive original jurisdiction of felony cases pursuant to the Louisiana Constitution, Article 5, §§ 16(A)(1) and 16 (A)(2).

Jurisdiction and venue of post conviction proceedings are conferred upon this Court by the Louisiana Code of Criminal Procedure, Articles 924-925.

EXHIBIT
B

1

I.

Pursuant to the provisions of La. C.Cr.P. Art. 926.3, Petitioner moves this Honorable Court to order the Release of Evidence in the instant case and criminal docket number. The requested evidence is in the control of, and/or in the custody of, the St. Tammany Clerk of Court and/or the St. Tammany Parish Sheriff's Office, specifically, St. Tammany Parish Sheriff's Office Report Item # 2009-022187, Exhibit V-8 (white washcloth under driver's seat). Petitioner asks for this evidence to be released to: The North Louisiana Criminalistics Laboratory, Attn: Joseph Jones, System Director, 1630 Tulane Ave., Shreveport, LA 71103, for testing in their State Lab and for subsequent entry into the FBI's Combined DNA Index System (CODIS).

This Court previously granted private testing of STPSO Report Item # 2009-022187, specifically Exhibit V-8 (white washcloth under driver's seat). However, this evidence has not been tested by a State Lab to date.

II.

Pursuant to La.C.Cr.P. Art. 926.3, "the district court may order the testing or examination of any evidence relevant to the offense of conviction in the custody and control of the clerk of court, the State, or the investigating law enforcement agency."

The Office of the District Attorney for the 22nd Judicial District has indicated they do not oppose the granting of this motion.

2

## CONCLUSION

WHEREFORE, Petitioner prays that this Honorable Court will grant this Motion to Released Evidence to the North Louisiana Criminalistics Laboratory for the purposes of testing of the foregoing specified evidence[1].

Respectfully submitted, this 11th day of August, 2025.

*Eric Leroy Bolton*
Eric Leroy Bolton # 332943
M.P. - Hickory 3
LA State Prison
Angola, LA 70712

## CERTIFICATE OF SERVICE

I, Eric Bolton, hereby certify that a copy of the foregoing has been sent via U.S. Mail, postage prepaid and properly addressed to:

Colin Simms, District Attorney
c/o Mr. James Bolner, Jr.
22nd Judicial District
701 N. Columbia St.
Covington, LA 70433

St. Tammany Parish Sheriff's Office
Parish of St. Tammany
P.O. Box 1120
Covington, LA 70434

Done and signed this 11th day of August, 2025, at Angola, Louisiana.

*Eric Leroy Bolton*
Eric Leroy Bolton # 332943
M.P. - Hickory 3
LA State Prison
Angola, LA 70712

---

1 Filing reviewed by Counsel, but party is proceeding *pro se*.

IN THE
22nd JUDICIAL DISTRICT COURT
PARISH OF ST. TAMMANY
STATE OF LOUISIANA

STATE OF LOUISIANA                     Docket No. <u>484-145 "I"</u>
    *Respondent*

Versus                                      Date Filed _____

ERIC LEROY BOLTON           **FILED**
    *Petitioner*

AUG 1 4 2025 Clerk of Court

Jessica Jenkins Brewster, Clerk
Deputy _____

ORDER

CONSIDERING THE FOREGOING: *Denied**

IT IS HEREBY ORDERED that the requested evidence [Modified] in the control of, and/or in custody of, the St. Tammany Clerk of Court and/or the St. Tammany Parish Sheriff's Office in regard to the above captioned and numbered cause shall be Released to the North Louisiana Criminalistics Laboratory for the purposes of testing.

THUS DONE AND SIGNED this ____ day of _____, 2025, at Covington, Louisiana.

\* The Court will not order the State to do DNA testing which they obviously chose not to do nearly 16 years ago. The court gave defendant permission to have the "washcloth" tested privately, but defendant, for whatever reasons, has chosen not to follow through with the testing.
Covington, La 8/21/25

_____
District Court Judge

Judge Dev I