IN THE
22nd JUDICIAL DISTRICT COURT
PARISH OF ST. TAMMANY
STATE OF LOUISIANA

STATE OF LOUISIANA                      Docket No. <u>484-145 "I"</u>
    *Respondent*

Versus                                       Date Filed _____

ERIC LEROY BOLTON
    *Petitioner*

                                                  Clerk of Court

MOTION FOR REHEARING
PURSUANT TO UNOPPOSED MOTION TO RELEASE EVIDENCE
AND MOTION FOR TESTING PURSUANT TO LA.C.CR.P., ART. 926.3

MAY IT PLEASE THE COURT:

NOW INTO COURT COMES Eric Leroy Bolton, Petitioner herein, who respectfully moves this Honorable Court to grant this Motion for Rehearing for the following reasons:

JURISDICTION AND VENUE

The District Courts have original jurisdiction over all civil and criminal matters, and exclusive original jurisdiction of felony cases pursuant to the Louisiana Constitution, Article 5, §§ 16(A)(1) and 16 (A)(2).

Jurisdiction and venue of post conviction proceedings are conferred upon this Court by the Louisiana Code of Criminal Procedure, Articles 924-925.

EXHIBIT
C

1

FACT TO SUPPORT MOTION FOR REHEARING

1) **District Attorney Mr. James Bolner of the St. Tammany Parish District Attorney's Office has indicated that he does not object to the testing or to this request for Rehearing.**

2) The District Attorney Office has agreed and <u>does not</u> oppose the testing of this evidence.

3) Mr. Bolton will pay all costs associated with this testing.

4) The North LouisianaCriminalistics Laboratory has already been contracted to conduct this testing

5) the requested evidence has never been tested by a Louisiana laboratory which is CODIS eligible.

This Court previously denied Mr. Bolton's Motion for Testing on August 21, 2025. In doing so, this Court stated that it will not order the State to do DNA Testing, and that permission was granted for Mr. Bolton to conduct DNA testing himself, but that he had chosen not to do so.

<u>To Clarify</u>: Mr. Bolton will pay all costs associated with this testing and is not requesting the State to pay for, or conduct this testing. Additionally, the district Attorney's Office has agreed to this testing as long as Mr. Bolton bears all costs associated with the testing.

Mr. Bolton previously tested this evidence with an out-of-state laboratory. (Exhibit A). However, the results, or raw data, is not conducive to a Louisiana laboratory in a Louisiana database because it was tested out-of-state.

Mr. Bolton further reiterates that the District Attorney's Office does not oppose this testing as long as Mr. Bolton bears all costs associated with the testing, of which he has agreed to do so.

For the foregoing reasons, Mr. Bolton prays this Honorable Court will order a Rehearing in the above captioned case.

Respectfully submitted, this 4th day of September, 2025.

Eric Leroy Bolton # 332943
M.P. - Hickory 3
LA State Prison
Angola, LA 70712

CERTIFICATE OF SERVICE

I, Eric Leroy Bolton, hereby certify that a copy of the foregoing has been sent via U.S. Mail, postage prepaid and properly addressed to:

Colin Simms, District Attorney
c/o Mr. James Bolner, Jr.
22nd Judicial District
701 N. Columbia St.
Covington, LA 70433

St. Tammany Parish Sheriff's Office
Parish of St. Tammany
P.O. Box 1120
Covington, LA 70434

Done and signed this 4th day of September, 2025, at Angola, Louisiana.

Eric Leroy Bolton # 332943
M.P. - Hickory 3
LA State Prison
Angola, LA 70712

3

IN THE
22nd JUDICIAL DISTRICT COURT
PARISH OF ST. TAMMANY
STATE OF LOUISIANA

STATE OF LOUISIANA  
    *Respondent*

Versus

ERIC LEROY BOLTON  
    *Petitioner*

Docket No. 484-145 "I"

Date Filed _____

_____  
Clerk of Court

ORDER

CONSIDERING THE FOREGOING:

IT IS HEREBY ORDERED that the requested evidence in the control of, and/or in custody of, the St. Tammany Clerk of Court and/or the St. Tammany Parish Sheriff's Office in regard to the above captioned and numbered cause shall be Released to the North Louisiana Criminalistics Laboratory for the purposes of testing.

THUS DONE AND SIGNED this ____ day of _____, 2025, at Covington, Louisiana.

_____  
District Court Judge

4

IN THE
22nd JUDICIAL DISTRICT COURT
PARISH OF ST. TAMMANY
STATE OF LOUISIANA

STATE OF LOUISIANA           Docket No. 484-145 "I"
    *Respondent*
Versus                       Date Filed _____

ERIC LEROY BOLTON
    *Petitioner*
                             _____
                             Clerk of Court

ORDER

CONSIDERING THE FOREGOING:

IT IS HEREBY ORDERED that a hearing to show cause why the foregoing motion should not be granted shall be held on the _____ day of _____, 2025, at _____ am/pm.

THUS DONE AND SIGNED this _____ day of _____, 2025, at Covington, Louisiana.

                             _____
                             District Court Judge

5

DDC
DNA Diagnostics Center

Forensic Service
One DDC Way
Fairfield, OH 45014
1-800-406-1940
fax 1-800-310-9746

## FORENSIC REPORT

Report #1

To:  Mr. Tim Yazbeck
Attorney at Law
Smith & Fawer, LLC.
201 St. Charles Avenue, Suite 3702
New Orleans, LA 70170

Date:  7/14/19

DDC Case No.: F19-24914
St. Tammany Parish Sheriff's Office Case No.: 2009-022187

Subject: Eric Bolton (defendant)

The following items were analyzed:

| DDC Item No. | STPSO Item No. | Description | Date Received |
|---|---|---|---|
| 03 | V8 | White cloth from under front driver seat | 4/17/19 |
| 04 | Na | Reference standard from Eric Bolton | 6/17/19 |

Serology Results:
The presumptive results for blood were positive for items 03.A, 03.B, 03.C, 03.D, and 03.E (stained areas of white cloth from under front driver seat). Confirmatory testing for blood was performed on items 03.A and 03.D (stained areas on white cloth from under front driver seat) and was positive.

Deoxyribonucleic Acid (DNA) Results:
DNA extracts from items 03.A.1 and 03.D.1 (sections of stained area on white cloth from under front driver seat) and 04.A.1 (reference standard from Eric Bolton) were characterized through Polymerase Chain Reaction (PCR) at genetic loci D8S1179, D21S11, D7S820, CSF1PO, D3S1358, TH01, D13S317, D16S539, D2S1338, D19S433, vWA, TPOX, D18S51, D5S818, FGA, and Amelogenin.

Conclusions:
The presence of blood was indicated on items 03.B, 03.C, and 03.E (stained areas on white cloth from under front driver seat).

The presence of human blood was confirmed on items 03.A and 03.D (stained areas on white cloth from under front driver seat).

The DNA profiles obtained from items 03.A.1 and 03.D.1 (sections of stained area on white cloth from under front driver seat) are consistent with originating from the same male donor. Eric Bolton (item 04.A.1) is excluded as a contributor to these DNA profiles.

EXHIBIT
q

DDC
DNA Diagnostics Center

7/14/19
DDC Case No.: F19-24914

Disposition of Evidence:
The evidence is stored in the DDC Forensic Department.

*Stacy B. Martin*
Stacy B. Martin, B.S.
Forensic DNA Analyst

*Julie A. Heinig*
Julie A. Heinig, Ph.D.
DNA Technical Leader
Forensic Laboratory Director
Technical Reviewer