**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**ERIC LEROY BOLTON**                                              **CIVIL ACTION**

**VERSUS**                                                                    **NUMBER: 23-7339**

**J. COLLIN SIMS**                                                        **SECTION "M" (5)**

## ORDER

Before the Court is the Joint Motion for Administrative Stay.  (Rec. doc. 58).  Having

reviewed the pleading,

IT IS ORDERED that the Joint Motion for Administrative Stay (rec. doc. 58) is

**GRANTED**.

IT IS FURTHER ORDERED that the above-captioned case is **STAYED** and

**ADMINISTRATIVELY CLOSED** until further order of this Court.

IT IS FURTHER ORDERED that any party may file a written motion to reopen the

above-captioned case after the state court resolves the pending post-conviction requests.

New Orleans, Louisiana, this  15th  day of                September    , 2025.

_____
**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**